**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                                   )
JEFFREY EISENBEISER, et al.,       )
                                   )
            Plaintiffs,            )   Civil Action No. 04-0615
                                   )   (EGS)
       v.                          )
                                   )
MICHAEL CHERTOFF, et al.,          )
                                   )
            Defendants.            )
_____)
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that in view of the entire record and the Circuit Court's decision in *Fornaro v. James*, 416 F.3d. 63 (D.C. Cir. 2005), issued subsequent to the Court's Order of August 17, 2005, the Court's August 17 Order is **VACATED** and defendant's motion to dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice to further proceedings by plaintiffs in appropriate venues; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff.

**Signed by:**     **EMMET G. SULLIVAN
                   UNITED STATES DISTRICT JUDGE
                   August 25, 2006**